UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 4:25-cr-00057

**United States of America**

v.

**Denton Lamar Hodne**

**ORDER**

The court referred this matter to the United States Magistrate Judge for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The magistrate judge conducted a hearing in the form and manner prescribed by Rule 11 and issued findings of fact and recommendation on the guilty plea. Doc. 24. The magistrate judge recommended that the court accept defendant's guilty plea and adjudge defendant guilty on counts one and two of the indictment. *Id.* Defendant waived his right to object to the magistrate judge's findings. Doc. 23.

The court hereby accepts the magistrate judge's findings of fact and recommendation on the guilty plea. The court also accepts defendant's plea but defers acceptance of the plea until after review of the presentence report.

In accordance with defendant's guilty plea, the court finds defendant Denton Lamar Hodne guilty of counts one and two of the indictment, charging a violation of 18 U.S.C. § 922(g)(1) - Possession of a Firearm by a Convicted Felon and 18 U.S.C. § 922(g)(1) – Possession of Ammunition by a Convicted Felon.

*So ordered by the court on October 31, 2025.*

J. CAMPBELL BARKER
United States District Judge

- 1 -